IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW MEXICO

EDWARD S. HINOJOS,                )
                                  )
    Plaintiff,                    )
                                  )  CASE NO.  1:10-cv-01193-CG -LAM
THE PRUDENTIAL INSURANCE          )
COMPANY OF AMERICA,               )
                                  )
    Defendant.                    )
                                  )

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO EXTEND
TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S ORIGINAL COMPLAINT**

THIS MATTER is before the Court on defendant The Prudential Insurance Company of America's Unopposed Motion to Extend Time For Defendant's Response to Plaintiff's Original Complaint. (Doc. 5). The Court, having considered the Motion, noting that it is unopposed, and being fully advised in the premises, FINDS that the Motion is well taken and should be granted.

NOW THEREFORE, it is hereby ORDERED that Defendant shall have until January 10, 2011 to answer or otherwise respond to Plaintiff's Original Complaint.  IT IS SO ORDERED.

_____
Honorable Carmen E. Garza
United States Magistrate Judge

Approved:

*Approved via e-mail 12/20/10          ,*
Joshua T. Worley
Attorney for Plaintiff

 /s/  *Robert P. Warburton*            .
Robert P. Warburton
Attorney for Defendant